LAURA E. DUFFY
United States Attorney
STEVEN J. POLIAKOFF
Assistant U.S. Attorney
State of California Bar No. 188231
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7058
Email: steve.poliakoff@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BIBIAN GOMEZ, | Case No.: **'14CV2234 L    JLB** |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF A CIVIL ACTION** |
| v. | |
| TIFFANY D. ISLES, M.D.; PIONEERS HEALTH CARE DISTRICT; DOES 1 To 50 Inclusive; CLINICAS DE SALUD DEL PUEBLO; And CEDRIC BAUTISTA, M.D., | [42 U.S.C. § 233(c) and 28 U.S.C. § 1442]<br><br>(Removed from Superior Court of California, County of Imperial, Case No. ECU 07963 ) |
| Defendants. | |

**TO:   THE CLERK OF THE ABOVE-ENTITLED COURT**

**PLEASE TAKE NOTICE** that the United States of America, through its attorneys, Laura E. Duffy, United States Attorney, and Steven J. Poliakoff, Assistant U.S. Attorney, respectfully removes to this Court the above-captioned civil action from the Superior Court of California, County of Imperial, Case No. ECU 07963.  The grounds for this removal include the following:

1. On or about November 15, 2013, plaintiff initiated this action as Case No. ECU 07963 in the Superior Court of California, County of Imperial. Plaintiff named as a defendant, Tiffany D. Isles, M.D., a physician employee of Clinicas de Salud del Pueblo, a federally supported health center, which Plaintiff subsequently named as a defendant. The complaint alleges claims for medical negligence against them, as well Pioneers Health Care District and Cedric Bautista, M.D.  *See* Exhibit A, attached hereto.

2. Pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. §§ 233(g) - (n), as amended, the Secretary of Health and Human Services has deemed Tiffany D. Isles, M.D. to be an employee of the Public Health Service for purposes of the Federal Tort Claims Act only, effective January 1, 2012.  The United States Attorney for the Southern District of California, through his designate, has certified that Tiffany D. Isles, M.D. was acting within the scope of employment at the time of the incidents alleged in the complaint, and that pursuant to 42 U.S.C. § 233(g), Tiffany D. Isles, M.D. is deemed to be an employee of the United States for Federal Tort Claims Act purposes only, for any acts or omissions alleged against it in the complaint, which occurred on or after June 4, 2012.  A copy of the certification has been filed concurrently with this Notice.

3. The United States Attorney for the Southern District of California, through his designate, has certified, pursuant to 42 U.S.C. § 233(c) as amended, that Dr. Isles was acting within the scope of her employment at Clinicas de Salud del Pueblo with respect to the events giving rise to the complaint, which occurred on or after June 4, 2012.  A copy of the certification has been filed concurrently with this Notice.  Because the claims against Dr. Isles arise within the scope of her official duties as an employee of Clinicas de Salud del Pueblo, she has been deemed to be an employee of the Public Health Service pursuant to the Federally Supported Health Centers Assistance Act.  For purposes of liability, the torts alleged in the complaint against Clinicas de Salud del Pueblo and Dr. Isles  are deemed to have been brought against the United States under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 2671 et seq. ("FTCA").  See 42 U.S.C. § 233(c).[1/]  Plaintiff's remedy against the United States is exclusive of any other civil action or proceeding involving the same subject matter and claims against Clinicas de

---

[1/]     The Secretary of Health and Human Services deemed Tiffany D. Isles, M.D. to be an employee of the Public Health Service for purposes of the Federal Tort Claims Act only, effective January 1, 2012.  Any acts or omissions of Dr. Isles that occurred prior to January 1, 2012 or after December 31, 2013 are not covered by the Federal Tort Claims Act.

Salud del Pueblo and Dr. Isles, based on acts or omissions which occurred on or after June 4, 2012.  42 U.S.C. §§ 233(a) and (g).

4. This action may be removed to this court, without bond, under 42 U.S.C. § 233(c), as amended, because this judicial district embraces the place in which the above-captioned civil action is pending.  Further, because of the aforementioned certification, the suit against Dr. Tiffany D. Isles   henceforth shall be deemed an action brought against the United States under the provisions of the FTCA; and the United States shall be substituted as the party defendant.  Id.  The action also is removable pursuant to 42 U.S.C. § 233(c) of the Federally Supported Health Centers Assistance Act.

5. The above-captioned action also may be removed under 28 U.S.C. §§ 1441(a) and (b) because the district courts of the United States have original jurisdiction over cases which arise under the Constitution, treaties or laws of the United States.  28 U.S.C. § 1331.

6. As of this time, neither the summons nor complaint in the above-captioned civil action has been served on the United States Attorney for the Southern District of California or the Attorney General of the United States.

7. Copies of the summons and complaint filed in the Superior Court of California, County of Imperial, Case No.  ECU 07963 are attached pursuant to 28 U.S.C. § 1446(a), as amended.

**WHEREFORE**, Case No. ECU 07963 , now pending in the Superior Court of California, County of Imperial, is removed therefrom to this Court.

DATED: Sept. 19, 2014		LAURA E. DUFFY
					United States Attorney

					/s/ Steven J. Poliakoff
					_____
					STEVEN J. POLIAKOFF
					Assistant U.S. Attorney

					Attorneys for Defendant
					United States of America