# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>ALTON J. SMITH, APC [SBN 2892]<br>501 W. BROADWAY, STE. 1650<br>SAN DIEGO, CA 92101<br>TELEPHONE NO.: (619) 233-8021    FAX NO.(Optional): (619) 233-3730<br>ATTORNEY FOR (Name): PLAINTIFF BIBIAN GOMEZ<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL<br>EL CENTRO COURTHOUSE<br>939 WEST MAIN STREET<br>EL CENTRO, CA 92243 | ENDORSED<br>MAR 03 2014<br>SUPERIOR COURT<br>COUNTY OF IMPERIAL<br>KRISTINE S. KUSSMAN, CLERK<br>BY JAQUELIN QUIROZ, DEPUTY |
|---|---|
| PLAINTIFF(S)<br>BIBIAN GOMEZ | JUDGE<br>HON. JEFFREY B. JONES |
| DEFENDANT(S)<br>TIFFANY D. ISLES, M.D., ET. AL. | DEPT<br>07 |
| AMENDMENT TO COMPLAINT | CASE NUMBER<br>ECU 07963 |

Under Code Civ. Proc. § 474:
FICTITIOUS NAME (Court order required once case is at issue)

Plaintiff(s), being ignorant of the true name of a defendant when the complaint in the above-named case was filed, and having designated defendant in the complaint by the fictitious name of
DOE 31

and having discovered the true name of defendant to be
CLINICA DE SALUD DE PUEBLO

amends the complaint by inserting such true name in place of such fictitious name wherever it appears in the complaint.

Date: February 14, 2014                                                                              _____
                                                                                                                    Signature

Under Code Civ. Proc. § 473:
NAME - Add or Correct (Court order required)

Plaintiff(s), having designated  ☐ defendant  ☐ plaintiff in the complaint by the name of
_____

and having discovered  ☐ name to be incorrect and the correct name is  ☐ defendant also uses the name of
_____

amends the complaint by  ☐ substituting  ☐ adding such name(s) wherever the name of
_____

appears in the complaint.

Date: _____                                                    _____
                                                                                                                    Signature

**ORDER**

The above amendment to the complaint is allowed.

Date: MAR 03 2014                                                                    JEFFREY B. JONES
                                                                                                    Judge/Commissioner of the Superior Court

AMENDMENT TO COMPLAINT                                                  Code Civ. Proc §§ 473 & 474

JEFFREY ESTES & ASSOCIATES
501 WEST BROADWAY, SUITE 1650
SAN DIEGO CA 92101
619-233-8021
Attorney for : PLAINTIFF

Ref. No.        : 0663835-02
Atty. File No.: ECU07963

**ENDORSED**
MAR 24 2014
COUNTY OF IMPERIAL
KRISTINE S. KUSSMAN, CLERK
BY JESSICA CISNEROS
DEPUTY

SUPERIOR COURT OF CA., COUNTY OF IMPERIAL
EL CENTRO JUDICIAL DISTRICT

PLAINTIFF       : BIBIAN GOMEZ
DEFENDANT   : TIFFANY D. ISLES, M.D., ETC.

Case No.: ECU07963
**PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; AMENDMENT TO COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE; NOTICE OF ASSIGNMENT; ALTERNATIVE DISPUTE RESOLUTION INFORMATION

3. a. Party served      :   CEDRIC BAUTISTA, M.D., AS DOE 1
   b. Person served  :   ANGELA GALLEGOS, AUTHORIZED TO ACCEPT
                                    (HISP/F/30'S/BRN HR & EYES/160LBS/5'2")

4. Address where the party was served 1500 S. IMPERIAL AVENUE
                                                                EL CENTRO, CA  92243     (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  March 12, 2014   (2) at: 02:05 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. IRENE R. FLORES
   b. KNOX ATTORNEY SERVICE
       2250 FOURTH AVENUE
       SAN DIEGO, CA 92101
   c. 619-233-9700

   d. Fee for service: $94.75
   e. I am:
       (3) a registered California process server
           (i)   an independent contractor
           (ii)  Registration No.: 2011-60000013
           (iii) County: IMPERIAL, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 13, 2014

Signature: _____
                    IRENE R. FLORES

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>ALTON J. SMITH, APC [SBN 2892]<br>501 W. BROADWAY, STE. 1650<br>SAN DIEGO, CA 92101<br>TELEPHONE NO.: (619) 233-8021   FAX NO.(Optional): (619) 233-3730<br>ATTORNEY FOR (Name): PLAINTIFF BIBIAN GOMEZ<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL<br>EL CENTRO COURTHOUSE<br>939 WEST MAIN STREET<br>EL CENTRO, CA 92243 | ENDORSED<br>FOR COURT USE ONLY<br>MAR 03 2014<br>SUPERIOR COURT<br>COUNTY OF IMPERIAL<br>KRISTINE S. KUSSMAN, CLERK<br>BY JAQUELIN QUIROZ, DEPUTY |
|---|---|
| PLAINTIFF(S)<br>BIBIAN GOMEZ | JUDGE<br>HON. JEFFREY B. JONES |
| DEFENDANT(S)<br>TIFFANY D. ISLES, M.D., ET. AL. | DEPT<br>07 |
| **AMENDMENT TO COMPLAINT** | CASE NUMBER<br>ECU 07963 |

Under Code Civ. Proc. § 474:
FICTITIOUS NAME (Court order required once case is at issue)

Plaintiff(s), being ignorant of the true name of a defendant when the complaint in the above-named case was filed, and having designated defendant in the complaint by the fictitious name of
DOE 31

and having discovered the true name of defendant to be
CLINICA DE SALUD DE PUEBLO

amends the complaint by inserting such true name in place of such fictitious name wherever it appears in the complaint.

Date: February 14, 2014                                                                                      _____
                                                                                                                                      Signature

---

Under Code Civ. Proc. § 473:
NAME - Add or Correct (Court order required)

Plaintiff(s), having designated   ☐ defendant   ☐ plaintiff in the complaint by the name of _____

and having discovered   ☐ name to be incorrect and the correct name is   ☐ defendant also uses the name of _____

amends the complaint by   ☐ substituting   ☐ adding such name(s) wherever the name of _____

appears in the complaint.

Date: _____                                                                        _____
                                                                                                                                      Signature

---

**ORDER**

The above amendment to the complaint is allowed.

Date: MAR 03 2014                                                                                   **JEFFREY B. JONES**
                                                                                                                 Judge/Commissioner of the Superior Court

---

AMENDMENT TO COMPLAINT                                                                         Code Civ. Proc §§ 473 & 474

| | SUM-100 |
|---|---|
| **SUMMONS** <br> *(CITACION JUDICIAL)* | FOR COURT USE ONLY <br> *(SOLO PARA USO DE LA CORTE)* |

NOTICE TO DEFENDANT: TIFFANY D. ISLES, M.D., PIONEERS
*(AVISO AL DEMANDADO):* HEALTH CARE DISTRICT and DOES 1 - 50, Inclusive

ENDORSED
NOV 15 2013
SUPERIOR COURT
COUNTY OF IMPERIAL
KRISTINE S. KUSSMAN, CLERK
BY DANIEL GRANADOS
DEPUTY
*S. Nmeasener*

YOU ARE BEING SUED BY PLAINTIFF: BIBIAN GOMEZ
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
  You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
  *¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación*
  *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
  *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> SUPERIOR COURT OF CALIFORNIA <br> 939 WEST MAIN STREET <br> EL CENTRO 92243 | CASE NUMBER: <br> *(Número del Caso):* <br> ECU 07963 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ALTON J. SMITH, ESQ. (CA BAR #82892)        (619) 233-8021        (619) 233-3730
JEFFREY E. ESTES, ESQ.(CA BAR #89102)
501 W. BROADWAY, SUITE 1650
SAN DIEGO, CA 92101

DATE: NOV 1 5 2013  Kristine Kussman   Clerk, by  *S. Mmnln*  , Deputy
*(Fecha)*                                *(Secretario)*                  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under:  ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

ALTON J. SMITH, APC (CA BAR#82892)
JEFFREY E. ESTES, APC (CA BAR #89102)
501 West Broadway, Suite 1650
San Diego, CA 92101
Telephone: (619) 233-8021
Facsimile: (619)233-3730

Attorneys for Plaintiff,
BIBIAN GOMEZ

ENDORSED
NOV 15 2013
SUPERIOR COURT
COUNTY OF IMPERIAL
KRISTINE S. KUSSMAN, CLERK
BY DANIEL GRANADOS
DEPUTY

Assigned for all purposes to Judge

JUAN ULLOA

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF IMPERIAL

BIBIAN GOMEZ

            Plaintiff,

v.

TIFFANY D. ISLES, M.D., PIONEERS HEALTH CARE DISTRICT and DOES 1 to 50, Inclusive,

            Defendants.

Case No. ECU07963

COMPLAINT FOR MEDICAL NEGLIGENCE

COMES NOW Plaintiff, BIBIAN GOMEZ, and for a cause of action FOR MEDICAL NEGLIGENCE against Defendants, and each of them, complains and alleges as follows:

1. That all the facts, acts, events and circumstances herein mentioned and described occurred in the County of Imperial, State of California, and the Defendants are residents of the within County, State of California, doing business in said County, State of California.

2. Plaintiff is informed and believes and thereon alleges that Defendants are residents of, and/or are conducting business in, Imperial County, California.

3. Plaintiff does not know the true names and capacities of the Defendants sued as DOES 1 through 50, inclusive, and will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that DOE Defendants were and now are doctors licensed to practice medicine in California, professional medical corporations organized and

COMPLAINT                                   1

1  existing under California law, nurses, technicians, aides, attendants, and/or other styled personnel.

2.    4.    Plaintiff is informed and believes and there upon such information and belief, alleges that each defendant designated herein as a DOE is responsible negligently, intentionally or in some other manner for the events and happenings herein referred to which proximately caused those injuries and damages to Plaintiff as is herein after alleged.

3.    5.    Plaintiff is informed and believes and thereon alleges that each Defendant, including DOE Defendants (collectively "Defendants"), are jointly and severally responsible for each act, omission, and event as well as the resulting damages, alleged in this Complaint. Any reference to a named Defendant shall include the DOE Defendants, jointly and severally.

4.    6.    Plaintiff is informed and believes and thereon alleges that each of the Defendants were the principal, agent, servant, employee, partner and/or representative of their co-defendants; that each of the Defendants acted within the course ad scope of such relationship in committing the alleged acts and omissions; and that each of the Defendants were negligent in entering into such relationship.

5.    7.    Plaintiff is informed and believes and, thereon alleges, that defendants, TIFFANY D. ISLES, M.D. and DOES 1 through 20, inclusive, and each of them, at all times mentioned herein, were physicians licensed to practice medicine in California.

6.    8.    Plaintiff is informed and believes and, thereon alleges that at all times mentioned herein, Defendants, DOES 21 through 30, inclusive, and each of them, were and now are Doctors, nurses, technicians, medical providers and hospital employees of Defendant TIFFANY D. ISLE, M.D. and DOES 1 through 20, inclusive, and each of them.

7.    9.    Plaintiff is informed and believes and, there on alleges that at all times mentioned herein, Defendants PIONEERS MEMORIAL HEALTH CARE DISTRICT AND DOES 31 through 40 inclusive and each of them, were and now are governmental entities organized and existing under the laws of the State of California.

8.    10.    Plaintiff is informed and believes and, thereon alleges at all times mentioned herein, Defendants, DOES 41 through 50, inclusive, and each of them, were and now are Doctors, nurses, technicians, medical providers and hospital employees of Defendant PIONEERS HEALTH CARE

1  DISTRICT and DOES 31 through 40, inclusive, and each of them, and were licensed by the State of
2  California to provide medical care.
3      11.    On October 3, 2013, Plaintiff served Defendant, PIONEERS MEMORIAL HEALTH
4  CARE DISTRICT with a Claim for Damages for Medical Negligence per Government Code Section 910.
5  *Attached hereto as Exhibit "A."*
6      12.    On October 28, 2013, Defendant PIONEERS MEMORIAL HEALTH
7  CARE DISTRICT rejected the Claim. *Attached hereto as Exhibit "B."*
8      13.    That at all times mentioned herein, defendants, and DOES 1 through 50, and each of them,
9  undertook the employment and agreed to render such medical care, treatment, advice, and services as
10 hereinbefore set forth, and to do all things necessary and proper in connection therewith and said
11 Defendants, and each of them, thereafter entered into such employment individually and by and through
12 their agents, servants and employees.
13     14.    That on or about June 4, 2013, Plaintiff, BIBIAN GOMEZ consulted with and engaged
14 for compensation the medical services of defendants, and each of them, for the purpose of receiving
15 reasonable and appropriate medical care, treatment and advice and all other medical procedures
16 reasonable, necessary and proper to the health and well being of plaintiff BIBIAN GOMEZ.
17     15.    That at all times mentioned herein, defendants, and each of them, undertook the
18 employment and agreed to render such medical care, treatment, advice, and services as hereinbefore set
19 forth, and to do all things necessary and proper in connection therewith and said Defendants, and each
20 of them, thereafter entered into such employment individually and by and through their agents, servants
21 and employees.
22     16.    That at all times mentioned herein, Defendants, and each of them, negligently, carelessly
23 and unlawfully failed to possess and to exercise that degree of knowledge and skill ordinarily possessed
24 and exercised by other physicians, surgeons, medical facilities, nurses, aides, attendants and other such
25 styled personnel and employees in the same professions as defendants, and each of them, in that said
26 defendants rendered treatment and care to BIBIAN GOMEZ which was below the standard of care in the
27 community.
28     17.    As a direct and proximate result of the alleged negligence of the Defendants, an each of

COMPLAINT                                               3

1 them, as aforesaid, Plaintiff was hurt and injured in her health, strength, and activity, sustaining injury to her body and shock to her nervous system and person, all of which caused and continues to cause the Plaintiff great mental, physical pain and suffering, all to her general damages in a sum to be established according to proof and consistent with the jurisdictional limits of this Court.

18. As a further, direct and proximate result of the alleged negligence of the Defendants, an each of them, as aforesaid, Plaintiff has incurred and will incur in the future, medical and related expenses, all of which are continuing. The full amount of such expenses is not known to Plaintiff at this time and Plaintiff will ask leave of court to amend this Complaint to include the amounts thereof when the same shall have been ascertained.

19. As a further, direct and proximate result of the alleged negligence of the Defendants, and each of them, as aforesaid, Plaintiff has been caused to and did suffer loss of earnings, earning capacity and is informed and believes and thereon alleges, that she will be further incapacitated in the future, thus incurring future and other loss of earnings in a sum to be established according to proof and consistent with the jurisdictional limits of this Court.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1. For general damages to be established according to proof;
2. For all special damages according to proof;
3. For all prejudgment interest.
3. For all costs of suit incurred herein; and
4. For such other and further relief as this court may deem just and proper.

Dated: November 13, 2013        ALTON J. SMITH, APC

By: _____
Alton J. Smith, Esq.
Attorneys for Plaintiff

COMPLAINT                                              4

EXHIBIT "A"

# Claim Against Public Entity

**NAME OF DISTRICT:**

| | | | |
|---|---|---|---|
| 1. | Name of claimant: | BIBIAN GOMEZ | |
| | Home address: | Street 262 NORTH D STREET | |
| | | City, state, postal code WESTMORELAND, CA 12281 | Telephone |
| | Business address: | Street | |
| | | City, state, postal code | Telephone ( ) - |
| 2. | Mailing address: (Note: List address where all correspondence regarding this claim should be sent) | c/o Jeffrey E. Estes & Assoc., Prof Law Corp | |
| | | 501 West Broadway, Suite 1650 | |
| | | San Diego, CA 92101 | Telephone 619-233-8021 |

3. List name, address, and phone number of any witness(es). Use separate sheet for additional witnesses.

Name:
Claimant;
Hospital employees;
Tiffany Isles, MD;
See Medical Records

| Address: | Street | |
|---|---|---|
| | City, state, postal code | Telephone ( ) - |

4. List the date, time, place, and other circumstances of the occurrence that gave rise to the claim asserted:

| Date: 6/3/13 | Time: See Medical Records | Place: Pioneer Memorial Hospital |
|---|---|---|

Tell what happened (give complete information): On 6/3/13 based upon a dx of epithelial cell abnormality, Claimant was advised by Tiffany Isles, MD to undergo a Vag hysterectomy. During surgery, Dr. Isles negligently perforated the Claimant's rectum and thereafter attempted to effectuate the repair on her own after the general surgeon on call was unwilling to assist in the repair.

Dr. Isles attempted the repair in a negligent manner and Claimant was discharged by the doctor and hospital prematurely.

On June 5, 2012, Claimant returned to the ER at Pioneer Memorial Hospital because of complications from the 6/3/13 surgery and from being discharged prematurely. Claimant admitted to ICU. Claimant remained in the hospital until July 15, 2013.

See Medical Records

Note: Attach any photographs you may have regarding this claim.

5. Give a general description of the indebtedness, obligation, injury, damage, or loss incurred so far as it may be known at the time of presentation of claim:

Injury: multiple surgeries; colostomy, scarring, pain and suffering; emotional distress and future medical bills – estimated future medical >$100,000.00.

| 6. | Give the name(s) of the public employee(s) involved if known: | | |
|---|---|---|---|
| | 1. hospital employees – see medical records. | 2. | |
| | 3. | 4. | |
| 7. | If the actual amount of your claim is less than $10,000, indicate the exact amount of your claim, and, if possible, show specific itemization and/or include copies of any documents in support thereof. If the amount of the claim exceeds $10,000, a dollar amount should not be included in this claim form. | | |
| | Date: October 3, 2013 | Time: 1:00 p.m. | Signature |

# EXHIBIT "B"

ORLANDO B. FOOTE
MERCEDES Z. WHEELER, A.P.C.

MARGARITA HAUGAARD
CHARLOTTE A. GRAHAM
ROBERTO M. CONTRERAS

OF COUNSEL

JOHN PENN CARTER, A.P.C.
JILIEN J. RUBIN

**HORTON, KNOX, CARTER & FOOTE, LLP**
ATTORNEYS AT LAW
1221 WEST STATE STREET
POST OFFICE BOX 3307
EL CENTRO, CALIFORNIA 92244
TELEPHONE (760)352-2821
TELECOPIER (760)352-8540

EMAIL: ofoote@hkcf-law.com
www.hkcf-law.com

**BRAWLEY OFFICE**

195 SOUTH SECOND STREET
BRAWLEY, CALIFORNIA 92227
TELEPHONE (760) 344-2360

**SAN DIEGO OFFICE**

1230 COLUMBIA, SUITE 550
SAN DIEGO, CALIFORNIA 92101-3536
TELEPHONE (619)595-0220

November 5, 2013

**CERTIFIED MAIL/RETURN RECEIPT**
70101670000108942130

Bibian Gomez
c/o Jeffrey E. Estes & Associates
501 West Broadway, suite 1650
San Diego, CA 92101-3595

Notice is hereby given that the claim of BIBIAN GOMEZ dated October 3, 213 and received by Pioneers Memorial Healthcare District on October 7, 2013 was rejected by the Board of Directors of said District on October 28, 2013.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date when this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

### NOTE

If you file a court action in this matter, and a court concludes that your action is not based on good faith and with reasonable cause, Pioneers Memorial Healthcare District intends to seek attorney's fees and all of its expenses incurred in defending the action as permitted by California law, including but not limited to, Code of Civil Procedure Section 1038. We encourage you to seek legal advice promptly to determine whether your Claim has legal merit.

Orlando B. Foote, General Counsel
Pioneers Memorial Healthcare District

OBF/lab
cc: Gwenn Fincher
    Larry Lewis
    Letty Rogers
    Gina Parker

| SUPERIOR COURT OF STATE OF CALIFORNIA<br>COUNTY OF IMPERIAL | ENDORSED<br>NOV 15 2013<br>SUPERIOR COURT<br>COUNTY OF IMPERIAL<br>KRISTINE S. KUSSMAN, CLERK<br>BY: DANIEL GRANADOS<br>DEPUTY<br>Scott Neuenschwander |
|---|---|
| Bibian Gomez<br>               Plaintiff<br><br>Vs.<br><br>Tiffany D Isles, MD, et al<br>               Defendant. | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | **CASE NO.** ECU07963 |

1. NOTICE is given that a CASE MANAGEMENT CONFERENCE has been scheduled as follows:

| Date: 05-19-2014 | Time: 8:30 a.m. | Dept.: 09 |
|---|---|---|

Address of Court:  Imperial County Courthouse, 939 West Main Street, El Centro, CA 92243

2. You must file and serve a completed Case Management Conference Statement at least fifteen (15) days before the case management conference.

3. You must be familiar with the case and be fully prepared to participate effectively in the case management conference.

4. At the case management conference the court may make pretrial orders, including the following:

    a) An order establishing a discovery schedule.

    b) An order referring the case to arbitration.

    c) An order dismissing fictitious defendants.

    d) An order scheduling exchange of expert witness information.

    e) An order setting subsequent conferences and the trial date.

    f) Other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code § 68600 et seq.).

5. Parties wishing to appear by telephone must comply with CRC 3.670 and local Rule 10.07.

**DATED:** November 15, 2013

Kristine Kussman, Clerk by _____, Deputy

*Scott Neuenschwander*

---
**--SANCTIONS--**
**If you do not file the Case Management Conference Statement required by CRC 3.725, or attend the case management conference or participate effectively in the conference, the Court may impose sanctions (including dismissal of the case, striking of the answer, and payment of money).**

---

NOTICE OF CASE MANAGEMENT CONFERENCE
CRC 3.725 and Imperial County Local Rule 3.10
Government Code §68600 et seq.

ICSC  C-114  01/07