UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBIAN GOMEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TIFANNY D. ISLES, M.D., *et al.,*<br><br>　　　　　Defendants. | Civil No. 14cv2234 L (JLB)<br><br>**ORDER GRANTING MOTION TO DISMISS [ECF #4]** |

　　　On September 23, 2014, defendant United States of America moved to dismiss the complaint for failure to exhaust administrative remedies and for lack of subject matter jurisdiction. Plaintiff filed a statement of non-opposition to the motion.

　　　Good cause appearing, defendant's motion to dismiss the complaint without prejudice is **GRANTED.** The Clerk of the Court is directed to close this case.

　　　**IT IS SO ORDERED.**

DATED: October 27, 2014

　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

14cv2234

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28